# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 63 - 2 | **DATE** | 1/29/2008 |
| **CASE TITLE** | USA vs. Boris Chinchilla-Linares | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 1/28/08. Defendant informed of rights. Enter order appointing Keith Sherer to represent defendant. Defendant to remain in custody pending preliminary examination and detention hearing set for 2/1/08 at 9:30 a.m.

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | DK |
|---|---|---|