# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

US v. OCHINCHILLA - LINARES

Case Number:

08 CR 0063

08 CR 63

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Bonis Ochinchilla-Linares

**FILED**
1-29-08
JAN 2 9 2008

**MAGISTRATE JUDGE MORTON DENLOW**

| | |
|---|---|
| NAME (Type or print) | KEITH SCHERER |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Keith |
| FIRM | THE LAW OFFICE OF KEITH J. SCHERER, P.C. |
| STREET ADDRESS | 6585 N. AVONDALE AVE. |
| CITY/STATE/ZIP | CHICAGO  IL  60631 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6257838 |
| TELEPHONE NUMBER | (773) 774-6741 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☒