# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 63 - 2 | **DATE** | 2/4/2008 |
| **CASE TITLE** | USA vs. Boris Chinchilla-Linares | | |

**DOCKET ENTRY TEXT**

Defendant waives his right to a preliminary examination.  Detention hearing held.  Defendant ordered detained without prejudice as a risk of flight.  Defendant ordered bound to the District Court for further proceedings in the custody of the U.S. Marshal.

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | DK |
|---|---|---|