U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Material Witness
Estaban Moran-Hernandez

Case Number:

08 CR 63

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Estaban Moran-Hernandez

**FILED**

FEB 2 0 2008

**MAGISTRATE JUDGE MORTON DENLOW**

| | |
|---|---|
| NAME (Type or print) Ralph J. Schindler Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Caldwell | |
| FIRM  LAW OFFICES OF  *RALPH J. SCHINDLER, JR.* | |
| STREET ADDRESS  53 WEST JACKSON BOULEVARD SUITE 818  CHICAGO, ILLINOIS 60604  (312) 554-1040 | |
| CITY/STATE/ZIP | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  2484471 | TELEPHONE NUMBER |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ✓