# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☑ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF _____ V.S. _____

FOR / AT: Northern District, Eastern Division

PERSON REPRESENTED (Show your full name): **Estaban Moran-Hernandez**

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

FILED 2-20-08  FEB 20 2008  MAGISTRATE JUDGE MORTON DENLOW

DOCKET NUMBERS
- Magistrate: 08 CR 63
- District Court
- Court of Appeals

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — RECEIVED $ _____ SOURCES: None

**CASH**: Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No IF YES, state total amount $ _____

**PROPERTY**: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT — VALUE _____ DESCRIPTION _____

**DEPENDENTS**
- MARITAL STATUS: SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
- Total No. of Dependents: -0-
- List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | None | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **2-20-08**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ **Esteban Moran Hernandez**