# FINANCIAL AFFIDAVIT

**CJA 23** (Rev. 5/98)

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☒ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

| | | FOR |
|---|---|---|
| USA | vs. Castro Dominguez | Northern District of IL AT Chicago |

**LOCATION NUMBER**

**PERSON REPRESENTED** (Show your full name)

Estela Mota Gamez

**FILED**
2-20-08
FEB 2 0 2008
MAGISTRATE JUDGE
MORTON DENLOW

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☒ Material Witness
9 ☐ Other (Specify) _____

**DOCKET NUMBERS**

Magistrate: 08 CR 63
District Court: 08 CR 63
Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

Material Witness

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed

Name and address of employer: N/A

**IF YES, how much do you earn per month? $** _____

**IF NO, give month and year of last employment** How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☐ No

**IF YES, how much does your Spouse earn per month? $** N/A   If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self–employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $** | RECEIVED N/A | SOURCES |

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  **IF YES, state total amount $** _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

**IF YES, GIVE THE VALUE AND DESCRIBE IT $** | VALUE | DESCRIPTION |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: None

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: None

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)** ▶ Estela Mota Gamez