**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number:

Domingo Castro                                     08 CR 63

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Emma ~~Maria~~ Ramos-Ibanez

FILED
FEB 2 0 2008
MAGISTRATE JUDGE
MORTON DENLOW

| | |
|---|---|
| NAME (Type or print) | |
| Linda Amdur | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Linda Amdur | |
| FIRM | |
| | |
| STREET ADDRESS | |
| 53 W. Jackson Blvd, Suite 1503 | |
| CITY/STATE/ZIP | |
| Chicago 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 15368 | (312) 347-9999 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☒ | |