# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: United States vs. Emma Ramos-Ibanez

FOR: AT:

**FILED** 2-20-08 FEB 2 0 2008
**MAGISTRATE JUDGE MORTON DENLOW**

PERSON REPRESENTED (Show your full name): Emma ~~Maria~~ Ramos-Ibanez

1. ☐ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ⊙ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →): ☐ Felony ☐ Misdemeanor

18 USC 1324

LOCATION NUMBER:

DOCKET NUMBERS:
Magistrate:
District Court: 08 CR 63
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: ____
IF YES, how much do you earn per month? $ ____
IF NO, give month and year of last employment: 11/07
How much did you earn per month? $ 130

If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month $ ____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ ____

**OTHER INCOME (ASSETS)**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ____
THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ⊙ No  IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ⊙ No
VALUE / DESCRIPTION
IF YES, GIVE VALUE AND $ ____
DESCRIBE IT

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: ____
List persons you actually support and your relationship to them:

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS
APARTMENT OR HOME / Creditors / Total Debt / Monthly Payt.
no

I certify the above to be correct.
SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): X Emma T Ramos    2/20/08

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.