# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☒ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. MORAN-HERNANDEZ

FOR: 
AT: 

**FILED** 2-20-08 FEB 20 2008 MAGISTRATE JUDGE MORTON DENLOW

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): MEFI ADIEL GRIJALVA

Charge boxes:
1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☒ Material Witness
9. ☐ Other

DOCKET NUMBERS:
Magistrate: 08CR63
District Court: 
Court of Appeals: 

CHARGE/OFFENSE:  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
- Name and address of employer: 
- IF YES, how much do you earn per month? $ 
- IF NO, give month and year of last employment. How much did you earn per month? $ 
- If married is your Spouse employed? ☐ Yes  ☒ No
- IF YES, how much does your Spouse earn per month? $ 
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ 

**ASSETS**

**OTHER INCOME**: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ 

**CASH**: Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☒ No  IF YES, state total amount $ 

**PROPERTY**: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: $ 

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: 

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: 
Creditors | Total Debt | Monthly Paymt.
— | $0 | $

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2-20-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): ▶ Mefi Adiel Grijalva