# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

US v CASTRO,                                                                    08 cr 63

*FILED FEB 2 0 2008*
*MAGISTRATE JUDGE MORTON DENLOW*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JSUC MORALES, MATERIAL WITNESS

| NAME (Type or print) |
| --- |
| John C. Legutki |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ John C. Legutki |

| FIRM |
| --- |
| Law Office of John C. Legutki |

| STREET ADDRESS |
| --- |
| 53 West Jackson Boulevard, Suite 920 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6185685 | (312) 939-8747 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☑ |