# FINANCIAL AFFIDAVIT

CJA 23
(Rev. 5/98)

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

| | IN UNITED STATES | ☑ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | |
|---|---|---|---|---|---|---|

IN THE CASE OF

| _____ VS. _____ | FOR ▶ |
|---|---|
| | AT |

**LOCATION NUMBER**

NK5 r L

**PERSON REPRESENTED** (Show your full name)

JULO GARCIA GONZALEZ

FILED

FEB 2 0 2008

**CHARGE/OFFENSE** (describe if applicable & check box →)   ☐ Felony
☐ Misdemeanor

MA

MAGISTRATE JUDGE
MORTON DENLOW

| | |
|---|---|
| 1 ☐ Defendant – Adult | |
| 2 ☐ Defendant – Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) _____ | |

**DOCKET NUMBERS**

Magistrate
DENLOW

District Court
08CN63

Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed?  ☐ Yes  ☑ No  ☐ Am Self Employed

Name and address of employer: _____

**IF YES, how much do you earn per month?** $ _____    **IF NO, give month and year of last employment** How much did you earn per month? $ _____

If married is your Spouse employed?   ☐ Yes   ☐ No

**IF YES, how much does your Spouse earn per month?** $ _____    If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self–employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No

| | RECEIVED | SOURCES |
|---|---|---|
| **IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY** $ | _____ | _____ |
| **THE SOURCES** | _____ | _____ |

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes  ☐ No  **IF YES, state total amount** $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No

| | VALUE | DESCRIPTION |
|---|---|---|
| **IF YES, GIVE THE VALUE AND** $ | _____ | |
| **DESCRIBE IT** | _____ | |
| | _____ | |
| | _____ | |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

| MARITAL STATUS | Total No. of Dependents | List persons you actually support and your relationship to them |
|---|---|---|
| ☐ SINGLE | | _____ |
| ☐ MARRIED | | _____ |
| ☐ WIDOWED | | _____ |
| ☐ SEPARATED OR DIVORCED | | _____ |

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)** ▶ [MARK]