## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|
| The United States of America<br>-v-<br>Domingo Castro | 08 CR 063 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Abel Grijavalg - Revolorio

**FILED**

FEB 2 0 2008

**MAGISTRATE JUDGE
MORTON DENLOW**

| SIGNATURE |
|---|
| s/ Kent R. Carlson |

| FIRM |
|---|
| Kent R. Carlson & Associates PC |

| STREET ADDRESS |
|---|
| 53 West Jackson Blvd.      Suite 1544 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06187369 | (312) 663-9601 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES [X] NO [ ] |
|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]      APPOINTED COUNSEL [X]