# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 63 - 2 | **DATE** | 2/28/2008 |
| **CASE TITLE** | United States of America vs. Boris Chinchilla-Linares | | |

**DOCKET ENTRY TEXT**

Defendant withdraws plea of not guilty and enters plea of guilty to count 1 of the indictment. Defendant informed of rights. Court accepts pleas and enters judgments of same. Order cause referred to the Probation Department for a presentence investigation report. The government is directed to submit its version of the offense to the Probation Office by 3/11/08. Any objections to the presentence investigation report and/or motions for departure are to be filed by 5/21/08. Responses is to be filed by 5/30/08. Sentencing is set for 6/10/08 at 11:30 p.m.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | SLB |
|---|---|---|