02/01/2008   11:36a

# Peru Police Department

Page 1

Case Number: 08-1228

## Case Report

| | |
|---|---|
| Reporting Officer<br>P21 ARTHUR L. SMITH<br>Assisting Officer(s)<br>P16 MARK A. CREDI<br>P18 SCOTT A. DEGROOT | Reported Status            Current Status |
| Reported To    Police dispatch | Means   Police radio |

**Driving while suspended**

| OFFENSE: | 2480 | Suspend Revoked Drivers License | 625 ILCS 5/6-303 |
|---|---|---|---|
| | Place | 304 Street | |

| OFFENSE: | 6614 | Failure to Signal | 625 ILCS 5/11-804 |
|---|---|---|---|
| | Place | 304 Street | |

Location
I80 EAST BOUND ON RAMP               Beat       Subbeat

Occurred   01/28/2008   Monday   10:08
To         01/28/2008   Monday   10:28
Reported   01/28/2008   Monday   10:08

**ARRESTEE**

CASTRO, JOSE D.                         DOB  05/31/1987   Age  20   Sex  M
971 SW MORELAND AVE                     Phone
LOS ANGELES, CA  90003                  Cell Phone (213) 572-7372
Ht 5 05   Wt 175   Race H   Hair BLK    Eyes BRO   Complex
                                        DLN D4931838    CA
Work/School    SOCCER COACH-LA LEADERSHIP ACADEMY
Arrest Date      01/28/2008       10:15      Officer    P21 SMITH, ARTHUR L.
Arrest Offenses       2480   Suspend Revoked Drivers License

**RESTRICTED JUVENILE REPORT**               **FOR OFFICIAL USE ONLY**
                                                  -continued

08CR63                                                                  000000001

02/01/2008  11:36a

# Peru Police Department

Page  2

**Case Number: 08-1228**

Case Report

---

6614   Failure to Signal

**Prev Addr**   13427 LAKELAND RD
WHITTIER, CA

01/28/08

### SUSPECT   PASSENGER

LINARES CHINCHILLA, BORIS O.
142 N RAMPART BL
APT 302
LOS ANGELES, CA
Ht 5 09   Wt 175   Race H   Hair BRO

DOB 12/14/1982   Age 25   Sex M
Phone

Cell Phone (213) 387-2540
Eyes BRO   Complex
DLN D3900827   CA

### ICE AGENT

HIERSTEIN, KENT
DEPT OF HOMELAND SECURITY
IMMIGRATION AND NATURALIZATION

Ht   Wt   Race   Hair

DOB   Age 0   Sex M
Phone (630) 574-4754

Eyes   Complex
DLN

### ICE AGENT

HORNBERGER, PAUL
DEPT OF HOMELAND SECURITY
IMMIGRATION AND NATURALIZATION

Ht   Wt   Race   Hair

DOB   Age 0   Sex
Phone

Cell Phone (630) 849-8410
Eyes   Complex
DLN

---

**RESTRICTED JUVENILE REPORT**               **FOR OFFICIAL USE ONLY**
                                                               - continued

02/01/2008   11:36a                                                         Page 3

# Peru Police Department

**Case Number: 08-1228**                                                   Case Report

| ILLEGAL ALIEN | | |
|---|---|---|
| RAMOS, EMMA F.<br>3516 NOBLE ST<br>BALTIMORE, MD 21224 | | DOB 03/07/1979   Age 28   Sex F<br>Phone<br>Cell Phone (443) 468-5719 |
| Ht        Wt        Race H | Hair | Eyes          Complex<br>DLN |

| ILLEGAL ALIEN | | |
|---|---|---|
| MOTA, ESTELA | | DOB 07/25/1991   Age 16   Sex F<br>Phone (201) 286-1169 |
| Ht        Wt        Race H | Hair | Eyes          Complex<br>DLN |

| ILLEGAL ALIEN | | |
|---|---|---|
| RODRIGUEZ, LUCAS O. | | DOB 10/18/1980   Age 27   Sex M<br>Phone (703) 297-2469 |
| Ht        Wt        Race H | Hair | Eyes          Complex<br>DLN |

| ILLEGAL ALIEN | | |
|---|---|---|
| MEJA, JULIO | | DOB 07/24/1968   Age 39   Sex M<br>Phone (773) 368-7543 |
| Ht        Wt        Race H | Hair | Eyes          Complex<br>DLN |

| ILLEGAL ALIEN | | |
|---|---|---|
| HERNANDEZ, ESTABON M. | | DOB 11/20/1991   Age 16   Sex |

**RESTRICTED JUVENILE REPORT**                          **FOR OFFICIAL USE ONLY**
                                                              - continued

| 02/01/2008 11:36a | | Page 5 |
|---|---|---|
| | **Peru Police Department** | |
| **Case Number: 08-1228** | | **Case Report** |

| | Ht | Wt | Race | Hair | Eyes | Complex |
|---|---|---|---|---|---|---|
| | | | | | DLN | |

**ILLEGAL ALIEN**

GRIJALVA, MELFI A.    DOB 06/30/1985   Age 22   Sex M
Phone (919) 484-7313

| | Ht | Wt | Race H | Hair | Eyes | Complex |
|---|---|---|---|---|---|---|
| | | | | | DLN | |

**ARRESTEE**

**VEHICLE**  2000 Toyota Sienna    Lic  4HYK264
Minivan Green
VIN 4T3ZF19C6YU211977

**Initial Report**

Officer   P21 SMITH, ARTHUR L.              Date   01/28/2008

On 01/28/08, while on patrol, I, Officer Smith, observed a green van exit the Clock Tower Shell parking lot and travel east on May Rd. The driver turned right onto s/b IL Rt 251, failing to signal this turn. I got behind the van and observed him enter the left turn lane for the e/b I-80 on ramp. The driver disobeyed the traffic control signal at this intersection. He crossed the marked stop line and completed his turn after the traffic control light turned red.

I activated my emergency lights to effect a traffic stop, and the driver pulled onto to the shoulder of the ramp. I approached the van, a green 2000 Toyota Sienna with CA registration #4HYK264, and advised the driver of the reason for the stop. The passenger immediately apologized and handed me his CA driver's license, proof of insurance, and a speeding citation he was issued today by an Iowa State Trooper. The driver's license identified him as Boris O. Linares-Chinchilla born 12/14/82. I

**RESTRICTED JUVENILE REPORT**              **FOR OFFICIAL USE ONLY**
                                                                                    - continued

| 02/01/2008   11:36a | | Page 6 |
|---|---|---|
| | **Peru Police Department** | |
| Case Number: 08-1228 | | Case Report |

then asked the driver for his identification. He claimed he left his wallet at home and identified himself Jose D. Castro born 05/31/87. Castro said he was from Los Angeles, CA and possessed a valid CA license.

I noticed multiple Hispanic subjects in the center and rear passenger area inside the van. I asked Castro how many passengers were inside. Castro said he had 8 illegal aliens with him.

Linares-Chinchilla interrupted and handed me a piece of paper with names, phone #'s, and locations written down. He explained the paper showed the names of the illegals and their drop off location. The paper listed New Jersey, New York, Chicago, Maryland, Virginia, North Carolina, Florida, and New Orleans as drop off points. A phone number was written down next to each name/location. Linares-Chinchilla explained they were enroute to the Chicago location before I stopped them. He said they were then going to the east coast to drop more off. He went on to say they had jobs or family waiting for them at each location.

I retained the piece of paper and the Iowa citation for evidence. I returned to my squad and had dispatch conduct a computer check on Castro and Linares-Chinchilla. Dispatch found Castro to have a suspended/revoked CA license, and Linares-Chinchilla was found to possess a valid CA license. I advised dispatch that there were 8 illegal aliens inside the van and requested another squad to my location. Ofc. Credi and Ofc. S. Degroot arrived shortly after. Sgt. Brumley attempted contact with the Dept. of Homeland Security.

I had Castro exit the van and directed him to the front of my squad car. I asked Castro if he was getting paid to transport the illegals, to which he stated "yes." I advised Castro that his license was currently suspended and placed him under arrest. Castro was handcuffed, searched, and placed into the rear of Squad 39. No contraband was located on Castro.

I approached the passenger side of the van and spoke further with Linares-Chinchilla. He admitted that he was paid $1200.00 to transport the illegals to various locations in the United States. Linares-Chinchilla said he was paying Castro $600.00 to assist him with the driving. He now told me there were actually 10 illegals in the van. I had Linares-Chinchilla step out and directed him towards Ofc. S. Degroot's squad car. He was patted down for weapons and placed in the rear of the squad.

**RESTRICTED JUVENILE REPORT**        **FOR OFFICIAL USE ONLY**
                                                                - continued

02/01/2008 11:36a

# Peru Police Department

Page 7

Case Number: 08-1228

Case Report

I opened the passenger side sliding door of the van and asked if anyone spoke English. I did not get a response and had them exit one at a time. They were patted down for weapons and placed into the rear of the Peru Squad cars. I found 8 males and 2 females inside. We later found 1 male and 1 female to be 16 year old juveniles. A search of the van incident to arrest yielded no contraband. We transported the subjects to the Peru Police Station for identification purposes. Linares-Chinchilla was allowed drive the van to the station.

Inspector Atkins and Ofc. Gonzalez were contacted to assist with interviews due to the language barrier. See Ofc. Gonzalez' addition. Ofc. S. Degroot processed Castro, and he was then placed in a holding cell. An agent from the Dept. of Homeland Security returned Sgt. Brumley's call and advised agents would be enroute to our PD. We conducted Illinois fingerprint inquires on each illegal. Mugshot photos were also taken.

Castro was issued citation #52894 for driving while suspended/revoked and citation #52895 for failure to signal when required. He posted $100.00 USC and was assigned an Ottawa court date of 03/24/08 at 9:00 a.m.

ICE Agents Paul Hornberger and Kent Hierstein later arrived. They were briefed on the investigation and given all pertinent documents. Agent Hierstein advised the illegals would be transported to a holding facility for interviews while Castro and Linares-Chinchilla would go to their processing facility, facing possible prosecution by the US Attorney's Office.

**Agent Hornberger requested we park the van in our parking lot pending the outcome of their investigation. I parked/secured the van in the west parking lot.

| Reporting Officer | P21 ARTHUR L. SMITH | Reported 01/28/2008 |
|---|---|---|

**RESTRICTED JUVENILE REPORT**          **FOR OFFICIAL USE ONLY**
                                                             - continued

| 02/01/2008 11:36a | | Page 8 |
|---|---|---|
| **Peru Police Department** | | |
| Case Number: 08-1228 | | Case Report |
| Approved By | P07 SHERMAN L. BRUMLEY | Approved 01/28/2008 |

**RESTRICTED JUVENILE REPORT**          **FOR OFFICIAL USE ONLY**

RESTRICTED JUVENILE REPORT          FOR OFFICIAL USE ONLY

## Peru Police Department

Page 9

**Case Number: 08-1228**

**Supplemental/Follow Up**
**SUPPLEMENTAL**

Reporting Officer
**P21 ARTHUR L. SMITH**
**Driving while suspended**

Reported Status

Current Status

Location
  I80 EAST BOUND ON RAMP

Beat     Subbeat

Occurred  01/28/2008   Monday    10:08
To        01/28/2008   Monday    10:28

Supplemental/Follow Up

Officer    P25 V. HUGO GONZALEZ                          Date    01/28/2008

I, Officer Gonzalez, was called out to help translate for a group of suspected illegal aliens. The following people are who were interviewed.

Emma Florysnelda Ramos 3/7/79: Ramos stated she lived and worked in Baltimore, Maryland. She has lived there the last four years. I asked what she was doing in the van. Ramos said she had gotten a week off from work and went to L.A. California to visit a cousin. She said she was on her way back home. I asked if she paid any money for the ride. Ramos said she paid $400.00 for the transportation. Her current address is 3516 Noble Street Baltimore, Maryland 21224. Cell phone number 1 443 468 5719

Lucas Ottonier Rodriquez 10/18/80: Rodriquez stated to me he was living in Beaverton, Oregon. He decided to leave and ended up going to L.A. California were he was getting a ride to Virginia to look for work. Rodriquez said he has relatives there. He gave me a cell phone number of 1 703 259 4050 in which he stated belonged to his family in Virginia.

Estela Mota 7/25/91: Mota stated she has lived in California for the last 3 years. She had been moving around in California do to work conditions. I asked where she was going. Mota advised she was on her way to New Jersey to live with her brother (Rocendo Mota). I asked her how old she was and stated 16 years old. I then asked if her parents knew about her going to New Jersey. Mota advised yes and stated to me that her dad had set up the transportation for her to get to New Jersey. I asked what her parents names were. Mota stated her moms name was Maria Mota.

Julio Meja 7/24/68: Meja stated he is from Mexico and has only lived in L.A. for about a month. He is on his way to Chicago to look for work. Meja did not admit to paying anything for transportation.

**RESTRICTED JUVENILE REPORT**

**FOR OFFICIAL USE ONLY**
- continued

# Peru Police Department

Page 10

Case Number: 08-1228

Supplemental/Follow Up
**SUPPLEMENTAL**

Estabon Moran Hernandez 11/20/91: Hernandez is 16 years old and is from Guatemala. He had been living in L.A. for two months with relatives. Hernandez is on his way to Chicago to visit his Grandma who lives in Chicago. Hernandez did not admit to paying anything for the transportation, but stated his family might have. While I was ending the interview Hernandez stated to me he has been deported before.

Abel Grijalva 2/11/73: Grijalva is from Chappas, Mexico and has been living in L.A. for a couple months. Grijalva was on his way to North Carolina to look for work. Grijalva stated he paid $200.00 for transportation.

Julio Rolando Garcia 2/17/85: Garcia is from Guatemala and made his way to L.A.. His father who lives in New York set up his transportation. He did not know what his dad paid.

William Orlando Vasquez Villegas 5/3/83: Villegas is from Guatemala and is on his way to New York to look for work. Villegas did not admit of paying anything for transportation.

Josue Morales 10/6/78: Morales has been living in L.A. for about a month. Said he has been working as a Servant and is going to Florida to meet up with a friend. Morales admitted to paying $200.00 for transportation.

Officer Atkins interviewed Melfi Adiel Grijalva 6/30/85: Grijalva has been in the California area for about 4 months. Grijalva admitted paying $200.00 for transportation.

| | | |
|---|---|---|
| **Follow Up** <br> **Reporting Officer** | P25 V. HUGO GONZALEZ | **Reported** <br> 01/28/2008 |
| **Approved By** | P07 SHERMAN L. BRUMLEY | **Approved** |

**RESTRICTED JUVENILE REPORT**       **FOR OFFICIAL USE ONLY**

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
| --- | --- |
| REPORT OF INVESTIGATION | PAGE 1 |
| | CASE NUMBER CH15BS08CH0008 |

| TITLE: PERU SMUGGLING LOAD 1/28/2008 |
| --- |
| CASE STATUS:   INIT RPT |

| REPORT DATE 020408 | DATE ASSIGNED 012808 | PROGRAM CODE YN0 | REPORT NO. 001 |
| --- | --- | --- | --- |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS
/ MEMO OF INTERVIEW       /   ALIEN REMOVAL PROCESSIN|

TOPIC: ARREST OF CHINCHILLA-LINARES AND DOMINGUEZ-CASTRO & 10 ILLEGAL ALIENS

SYNOPSIS:
SAC/Chicago received information from the Peru City Police Department about a traffic stop of a 2000 green Toyota van bearing California license plate number 4HYK264 that resulted in the discovery of ten illegal aliens from Guatemala, El Salvador, and Mexico. One of the two drivers of the van was a US Citizen and the other was determined to be a Temporary Protective Status Card holder from El Salvador. Upon further investigation, it was determined that the van was a smuggling load of illegal aliens that originated in the Los Angeles, California area. Prosecution of the drivers was sought and approved by the US Attorney's Office.

This report contains specific details on the apprehension of a smuggling load discovered in Peru, Illinois.

| DISTRIBUTION: SACCH CAPN  SCREH CAMX SCRGT | SIGNATURE: HORNBERGER   PAUL   J  SPECIAL AGENT |
| --- | --- |
| | APPROVED: ORR   WILLIAM   R  OI GRP SUPERVISOR |
| | ORIGIN OFFICE: CH CHICAGO, IL - SAC |  TELEPHONE: 630 574 2709 |
| | | TYPIST: HORNBERGER |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 2 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER CH15BS08CH0008 |
| | REPORT NUMBER: 001 |

DETAILS OF INVESTIGATION

On January 28, 2008 at approximately 11:30am, Senior Special Agent (SSA) Kent Hierstien was contacted by the Peru City Police regarding a possible smuggling load. The Peru City Police conducted a traffic stop of a green van in Peru, Illinois near exit 75 and I-80 for failure to use turn signal. Upon further investigation by the Peru City Police, the van contained what appeared to be ten (10) illegal aliens traveling across the United States. The Peru City Police discovered that the driver of the van, Jose DOMINGO-CASTRO, was driving on a suspended/revoked driver's license and he was issued citations for both failure to use turn signal and driving on a suspended/revoked driver's license. Peru City Police notified SSA Hierstien and SSA Hornberger that there was another driver of the van, Boris O. CHINCHILLA-LINARES and that he had in his possession $1,200 in US currency.

SSA Kent Hierstien contacted SSA Hornberger, SA Maribel Covarrubias and SSA Angus Lowe to respond to the Peru City Police Department to investigate. Upon arrival to the Peru Police Department, ICE agents determined that all of the passengers were nationals and citizens of foreign countries who entered the United States illegally. The illegal passengers of the green van are listed as follows:

Two from Mexico: Julio GARCIA-GONZALEZ and Lucas RODRIGUEZ-ASCENCIO.

Five from Guatemala: Emma RAMOS-IBANEZ, Mefi GRIJALVA, Abel GRIJALVA-REBOLORIO, William VELASQUEZ-VILLEGAS and Josue MORALES.

One from El Salvador: Julio MEJIA-MEJIA

Two Juveniles from Guatemala: Estela Mota-Gamez and Estaban Moran-Hernandez.
SSA Hierstien and SSA Paul Hornberger read Boris O. CHINCHILLA-LINARES, the co-driver of the van, his Miranda rights in the Spanish language, which he read, signed, understood and agreed to talk with ICE agents. CHINCHILLA-LINARES stated he was of El Salvadoran decent and possessed a Temporary Protective Status Card and is legally present in the United States. CHINCHILLA-LINARES stated that the owner of the van, gave him the van with the passengers and $1,200 to drive them to their destinations. When questioned about the status of the passengers in the van, CHINCHILLA-LINARES stated he knew they were illegal aliens because the passengers told him they were when he was traveling through Utah. CHINCHILLA-LINARES stated he was to be paid $1,400 US dollars to transport the illegal aliens to their destinations in the United States, specifically, Chicago, New Jersey, New York, North Carolina, Florida, Virginia, Maryland and New Orleans. He was to be paid upon his return to California. CHINCHILLA-LINARES finally stated that the co-driver, Jose

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
| --- | --- |
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER CH15BS08CH0008 |
| | REPORT NUMBER: 001 |

DOMINGO-CASTRO, also knew that the passengers in the van were illegal aliens because he found out the same way CHINCHILLA-LINARES did. CHINCHILLA-LINARES was driving the van in Iowa when the van was stopped by Iowa State Police for speeding 87 mph in a 55mph and cited. (Note: Both CHINCHILLA-LINARES and DOMINGO-CASTRO speak, read and understand the English language.)

At approximately 2:15pm, SA Hornberger asked Jose DOMINGO-CASTRO if he could read and speak Spanish and he stated, yes. SA Hornberger presented Declaration of Rights/Miranda Rights in the Spanish language to DOMINGO-CASTRO. DOMINGO-CASTRO read the Miranda rights and was asked by SA Hornberger if he understood them and DOMINGO-CASTRO stated, yes. DOMINGO-CASTRO was then asked if he would speak to SA Hornberger freely and he stated yes. SA Hornberger presented the Declaration of Rights/Miranda Rights form to DOMINGO-CASTRO for him to sign and DOMINGO-CASTRO signed the form.

SA Hornberger proceeded to question DOMINGO-CASTRO. DOMINGO-CASTRO stated that he was born in Los Angeles, California on May 31, 1987. When SA Hornberger asked DOMINGO-CASTRO about the passengers in the van he was driving, DOMINGO-CASTRO stated the he knew they were illegal aliens because Boris told him. DOMINGO-CASTRO stated he was driving the van when it was stopped by police in Peru, Illinois. DOMINGO-CASTRO further stated that CHINCHILLA-LINARES was going to pay him $300 for helping him drive the illegal aliens to their destinations. DOMINGO-CASTRO claimed he knew CHINCHILLA-LINARES from playing soccer together. When asked about how many passengers were in the van when the trip began, DOMINGO-CASTRO stated that they had not dropped anyone until they got to Chicago. When asked about the trip to Chicago, DOMINGO-CASTRO stated that that they had got stopped in Iowa by the Police for speeding. When SA Hornberger asked DOMINGUEZ-CASTRO about driving before, DOMINGUEZ-CASTRO stated that this was his first time and he was helping out his friend Boris (CHINCHILLA-LINARES). The interview was concluded.

Upon arrival of Detention and Removal officers, nine passengers of the van were searched, handcuffed and transported to the Broadview Processing Station. The two juveniles were transported by SSA Lowe and SA Covarrubias and DOMIGUEZ-CASTRO was transported by SA Hornberger followed by SA Hierstein without incident to the Broadview Processing Station.

SSA Hierstien and SA Karel Matyska read Jose DOMINGUEZ-CASTRO his Miranda rights in the Spanish language and asked him if he understood and could read the Spanish language. DOMINGUEZ-CASTRO agreed to speak with ICE agents. DOMINGUEZ-CASTRO stated he was born in Los Angeles, California on May 31, 1987. DOMINGUEZ-CASTRO stated that Boris CHINCHILLA-LINARES was a

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 4 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER CH15BS08CH0008 |
| | REPORT NUMBER: 001 |

friend and he recruited him for the trip to drop passengers off in Chicago and New Jersey. CHINCHILLA-LINARES was to pay DOMINGUEZ-CASTRO $300 US currency for helping him drive the illegal aliens to their destinations in the United States. He was was to be paid upon return from the trip. DOMINGUEZ-CASTRO stated that the van was full of passengers when he arrived to pick him up from his house. DOMINGUEZ-CASTRO stated that they left Los Angeles, California on Saturday, January 26, 2008 and were to return on Thursday January 31, 2008. DOMINGUEZ-CASTRO stated he gathered the names of the passengers, telephone numbers, where the passengers were going and wrote the list. DOMINGUEZ-CASTRO stated that CHINCHILLA-LINARES bought the passengers food and stopped for gas. DOMINGUEZ-CASTRO stated that he knew the passengers in the van were illegal because the passengers spoke little English and some spoke none at all. DOMINGUEZ-CASTRO also stated that he knew the passengers were illegal by the way they were dressed like "Piasano's", a Spanish slang word for illegal aliens from rural areas of Mexico. DOMINGUEZ-CASTRO finally stated he was driving when stopped by the police in Peru.

The green 2000 Toyota van bearing California license plate number 4HYK264 was determined to be registered to Rosa Emilia Paredes, 4036 W. 22nd Place, Los Angeles, California. At the time the vehicle was intercepted in Peru, Illinois, the van had approximately 71,000 miles on the odometer.

The van was searched incident to lawful arrest and a piece of paper was discovered containing the names of illegal foreign nationals who were occupants in the van along with contact telephone numbers and destinations. The illegal foreign nationals that were discovered in the van were the same names on the list discovered in the vehicle.

Investigation continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

```
           OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY
020408                 TECS II - LIST OF RELATED RECORDS                PAGE  1
                                                                        TN007066
                       12 RECORDS ARE RELATED TO BASE RECORD
   CH15BS08CH0008001    ROI   CCH HORNBERGER         P 020408


   P9I20481200CCH       OCHINCHILLA-LIN BORIS       W M 121482
       SC   SUBJECT OF CURRENT INVESTIGATION                         SUB-SOURCE

   P9I20767300CCH       CASTRO          JOSE        W M 042182
       SC   SUBJECT OF CURRENT INVESTIGATION                         SUB-SOURCE

   P9I20769400CCH       MORAN-HERNANDEZ ESTEBAN     W M 112091
       SC   SUBJECT OF CURRENT INVESTIGATION                         SUB-SOURCE

   P9I20774300CCH       MOTA-GAMEZ      ESTELLA     W F 072591
       SC   SUBJECT OF CURRENT INVESTIGATION                         SUB-SOURCE

   P9I20782600CCH       RAMOS-IBANEZ    EMMA        W F 030779
       SC   SUBJECT OF CURRENT INVESTIGATION                         SUB-SOURCE

   P9I20783500CCH       VAZQUEZ-VILLEGA WILLIAM   O W M 050383
       SC   SUBJECT OF CURRENT INVESTIGATION                         SUB-SOURCE

   P9I20784500CCH       GRIJALVA        MEFI      A W M 063085
       SC   SUBJECT OF CURRENT INVESTIGATION                         SUB-SOURCE

   P9I20786500CCH       MORALES         JOSUE       W M 061078
       SC   SUBJECT OF CURRENT INVESTIGATION                         SUB-SOURCE

   P9I20789100CCH       GRIJALVA-REVOLO ABEL        W M 021183
       SC   SUBJECT OF CURRENT INVESTIGATION                         SUB-SOURCE

   P9I20850600CCH       RODRIGUEZ-ASCEN LUCAS       W M 101880
       SC   SUBJECT OF CURRENT INVESTIGATION                         SUB-SOURCE

   V9I00912100CCH       4HYK264    CA US 4T3ZF19C6YU2119
       SC   SUBJECT OF CURRENT INVESTIGATION                         SUB-SOURCE

   CH15BS08CH0008       CASE CCH HORNBERGER         P 012808
        PERU SMUGGLING LOAD 1/28/2008




           OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY
```