# ACKNOWLEDGMENT

State of California
County of ___Los Angeles___ )

On ___May 10, 2008___ before me, ___Luis A Medrano, Notary Public___
(insert name and title of the officer)

personally appeared ___Jenny M. Sandoval___ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___Luis A Medrano___   (Seal)

LUIS A. MEDRANO
COMM. # 1790117
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. FEB. 26, 2012

5/10/08

Dear Judge,

    I am Jenny M. Sandoval, Boris O. Linares Chinchilla's partner this letter is to explain how I feel for what is happening to Boris. He is my partner and I need him here with me, I am letting you know that he helped my mother not only to repair houses but he would also go and pay the rent for her. But he did not have any money it had been two weeks living here with us, that was the motive for him to do what he did. My mother had to rent her bedroom because she did not expect what was going to happen to Boris. My mother almost lost her house thanks to the judge that helped her she got to keep it; the judge saw how she was a hard worker even though the rent went high for her. But beside this Boris is a hard worker just like my mother and right now I cannot help because of my pregnancy and because of my pregnancy I cannot get hired and I all alone I cannot do anything not even buy things to my son, please understand that he needs to help me and his son Joshua. Even though Boris mother helps it is not enough please take this into consideration. My mother had to get another job because there was not enough money to pay the rent, and she is also paying my car the one that Boris was going to pay, since that car was going to help him to work. I would like you to know that my mother is never home because her first job stars at 8 a.m. and the other job starts at 6 p.m. and sometimes she gets home really late and I am home alone all day at times I am with Boris mother and at night all alone in my room. Please understand that I need Boris with me because I'm afraid that something might happen to me here all alone. Please help him and think of his son's they need his father, we all have necessities and what he did was a necessity. Please you have the last word, I beg you please take it into consideration and God bless you.

Signatue _[signature]_
Jenny M. Saldoval

I Ana J. Hidalgo, certify that the present letter is true translation from Spanish Language to English and I am competent in both languages.
5/10/08
_[signature]_

2 de Mayo del 2008

Señor Jues soy Jenny M Sandoval pareja de Boris O Chinchilla esta carta es para explicarle como me siento por lo que a Boris le sucede. El es mi pareja y yo lo necesito aca conmigo le ago saber Señor Jues que el le ayudaba a mi madre no solo a reparar cosas que a la casa se le arruinaban si no que el iva a pagar renta pues no tenia el dinero y ya llevaba 2 semanas viviendo aqui con nosotras ese fue el motivo que lo iso hacer lo que el hiso. Mi madre tuvo que rentar su recamara por que no contaba con lo que le iva a pasar a Boris. Mi mamá por poco y pierde su casa y el Jues le ayudo y se la dejo por que vio como ella trabajaba para seguir adelante aun que le subieron un poco mas de la renta quiero que sepa que Boris es muy trabajador al igual que mi madre y ahorita yo no puedo ayudar por lo de mi embarazo y por lo mismo no me dan trabajo ya son 7 meses de embarazo y pues yo sola no puedo hacer nada ni siquiera

e podido conprarle cosas a mi hijo, Comprenda que el necesita ayudarme a mi y a su hijo Joushua a un que la madre de Boris le da pues no es suficiente por favor tome encuenta esto. Mi madre tuvo que agarar otro trabajo de noche por que no le alcansaba para la renta y pues ella esta pagando mi carro el que Boris iva a pagar y pues ese carro le iva a ayudar a el para que el trabajara. Quiero que sepa que mi mamá no esta casi en casa pues entra a su primer trabajo a las 8:00 AM y entra al otro a las 6:00 PM y pues a veces llega tarde y pues yo sola todo el tiempo aun que a veces paso con la madre de Boris y en la noche sola en mi cuarto. Entienda que yo necesito a Boris conmigo por que tengo miedo que a mi me pase algo aqui sola y no pueda hacer nada, por favor ayudelo a el y pues piense en sus hijos que lo necesitan, Me siento mal y el niño recive todo de mi y eso es lo que mas me duele. Todos tenemos necesidad y lo que el hiso fue necesidad por favor usted tiene la ultima palabra. Se lo pido por favor tome encuenta mis suplicas y que Dios le bendiga

Att Jenny M. Sandoval