# ACKNOWLEDGMENT

State of California )
County of _____ Los Angeles )

On MAY 10, 2008 _____ before me, Luis A Medrano, Notary Public.
(insert name and title of the officer)

personally appeared Margarita D. Chinchilla. _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature Luis A. Medrano _____ (Seal)

LUIS A. MEDRANO
COMM. # 1790117
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. FEB. 26, 2012

May 10, 2008

Dear Judge,

I am coming to you in a humble way to explain my feelings relating to my son. I am communicating with you because soon it will be the appointment for my son Boris to appear in court therefore I feel bad for it and can't help feeling nervous and this has caused me to become ill from my bones, please take into consideration that in this world there are people that kill and they are running around free. My son did not do this to hurt anyone, but he did it out of necessity even though it was not the right decision he took, but sometimes the desperation took him to do such a thing. I don't know if you have any children but if you do please understand how I feel I am a mother and it hurts me especially that he is far away and I haven't been able to seen him. Please understand that I have not seen him in more than three months and this situation hurts. At times I remember when we ate together in the same plate and when I eat I think to myself if my son eats, please understand what the family is going through. I appreciate you judge for the time you took to read my letter and understand me, but will leave everything in your hands and you'll know what is the best decision.. Thank You.

Signature _Margarita  Chinchilla_
           Margarita Chinchilla

I Ana J. Hidalgo, certify that the present letter is true translation from Spanish Language to English and I am competent in both languages.

5/10/08

Ana J. Hidalgo

5 de Mayo del 2008

Señor Jues me dirijo a usted humildemente explicandole mis sentimientos referente a mi hijo. Me comunico con usted por que ya pronto sera la corte de mi hijo Boris y pues me siento mal por lo mismo de lo que a el le sucede los mismos nervios an echo que me enferme mas de mis huesos, por favor tome consideración en este mundo hay gente que asta an matado y estan libres, mi hijo no hiso esto para perjudicar a ninguna persona sino que fue necesidad aun que no fue la mejor decición que el tomo pero aveces la desesperación lo llevo a haser tal cosa. Nose si usted tenga hijos pero si asi es comprendame lo que siento, Soy madre y duele mas por que esta muy lejos de aqui y pues ni verlo e podido. Comprenda que no lo visto por mas de 3 meses y esta situación duele. Aveces me acuerdo cuando comiamos juntos en el mismo plato y cuando como aveces pienso que mi hijo que comera haya entienda por favor lo que la familia esta pasando. le agradesco Señor Jues por tomar el tiempo para leer esta carta y por entenderme, pero usted save lo mejor, Muchas gracias)

Att Margarita Chinchilla