# Iglesias El Nuevo Nacimiento
Una iglesia donde se puede aprender y crecer

March 28, 2008

To Whom It May Concern:

  This letter serves as proof that Boris Chinchilla is member of our church since November 2006 and has serve as a leader since. As the Pastor of the church I placed Boris in charge of many duties and responsibilities to help us and our members. Some of the tasks he performed included keeping the church clean before and after every weekend service, picking up donations, assisting us with church events such as our Thanksgiving food drive, and helping us with the younger children that attend Sunday school by participating in arts and crafts days. Aside from service duties, Boris also volunteered at our church's library and took responsibilities such as helping out at the register, greeting customers, keeping the library clean, making sure all books were organized and stocked. Boris also took the initiative and some days would take out pamphlets or any church announcements/news home with him and helped us by labeling and mailing them out to all members or otherwise.

  Our church, *Iglesias El Nuevo Nacimiento, inc.* is a public and community church based in Los Angeles, California that is dedicated to providing a friendly and family-oriented environment to worship the Lord, without any judgments or discrimination. We also feel very strongly about giving back to the community as much as possible, for without them we would have nothing, and raise money for other organizations, and perform food/clothing drives.

  We have been blessed to have Boris aid us with all the responsibilities our church carries and we are more than glad to have him with us. If you have any questions please feel free to call us at the telephone numbers below.

Till the whole world hears,

*[signature]*
Mario Solorzano
Senior Pastor

2434 West 7th St. Los Angeles CA. 90057    Church office 323.931.6256 / 213.381.5226

Dear Judge,                                         05/18/08

I am the brother of boris chinchilla. My name is Erik Mendoza. I am 9 years old. I want to tell you I fell sad, because boris is to far away. I miss him so much because he came to play with me. We want him to come because everyone miss him expecialy my mom because she was in the hospital and I was there with boris girl friend. My mom thought I was him when he was little. I want to ask you for him to come back. I miss him because he help me on my homework. I love him so much because when I was little he took care of me. We going over there to the court for he can't be alone and for he could have copany of his family. Jenny can't go because the doctor doesn't let her go because she has lots 8 month of pregnet and she can't get on a airplane but where going to go my mom, dad and my grandma because we want to be with him. I hope we understand ony jetter and to help boris to come out for we can all be happy.

Sincerly Erik Mendoza,

Dear Judge,

I am Karen Monroy and I am 11 years, Jenny Sandoval is my cousin, But Boris is like my cousin. Boris is a good man, he helps people, and he loves Jenny and the son that will be born soon. I know his other son Joshua and he misses him and he is always asking for him. My cousin and I go on weekends to Boris' mom's house. Sometimes I stay at Jenny's house because she feels lonely and sad. When Boris was here he worked a lot. I don't understand why he's over there because I'm just a kid, and Jenny and her mom talk a lot about him but I don't understand. What hurts me is that my cousin suffers a lot and it horts because she always takes care of me and because she feels bad about the child that will be born soon and she is always lonely because her mom is always working and she wishes with all her heart that Boris was here. We always go to the church where he goes and we ask GOD for Boris to come out soon so he can help Jenny and Boris' mom, and we hope he's here before two months for when the baby is born. I also want you to know that Boris' mom was in the hospital because she was really sad, and Jenny, me, and Boris' brother were there with her. I hope you understand my letter and we hope to see Boris free again soon.

Sincerely,
Karen Monroy

① 5-6-08.

Mi muy querido nieto e hijo, ruego a Dios Todopoderoso te encuentres bien de salud física y mental.

Boris aquí en casa no paramos de rezar por tu pronto regreso tanto yo, tu abuelo tus hermanos y tío para ver si se nos da el milagro de tenerte en casa de tu mamá para el día de las madres en unión de toda la familia que tanto te queremos y necesitamos. Boris mi nieto estoy muy orgullosa por lo trabajador y responsable e inteligente y se muy bien que vas a llegar muy lejos de maestro de obras hasta contratista y todos tus sueños se verán realizado con el favor de Dios, nosotros tus abuelos tu mamá y hermanos le suplicamos al niño de Atocha, dueño de los caminos nos conceda la inmensa alegría de poder comer juntos en la misma mesa en familia como en tiempos pasados. Bendito sea Dios que todo lo puede y derrame sobre nuestra familia su amor y

comprensión y nos fortalezca en la unión como en tiempos pasados

Bueno mi nieto Boris tengo fe que Dios se encargará de llenarte paz y gozo en su Santo nombre y te apartes de los amargados problemáticos que buscan la discordia.

Así es mi nieto que aquí te envío en estas cortas linias todo mi amor, mi corazón y mi deseos de abrazarte y besarte.

Tus abuelitos Cornelio Ortiz y Alberta Calidonio, tu mama Margarita Chinchilla y familiares.

Los Angeles Mayo, 4 2,008

Señor Juez:

Es un honor dirigirme a tan respetable persona.

Yo soy la abuelita de Boris Chinchilla disculpe que le comunique mi sufrimiento pero es lo que me acompaña en esta experiencia tan horrible y de pesadilla ya que a mi nieto yo lo veo como mi niño una de abuelita quiere mucho a los nietos uno da la vida por ellos nunca creí ni me imaginé que Boris iba a pasar por esa experiencia tan dura.

Señor Juez le pido que me lo perdone yo le pido mucho a Dios esperando que se manifieste a travez de Usted.

Me despido deseandole todo lo mejor. que Dios me lo Bendiga.

Attentamente,

Alberta Chinchilla.

Loos Angeles Mayo 4, 2008

Señor Juez:

Es un privilegio escribirle a una persona de tan alta posision, mis respetos y espero no cometer ningun error o mal interpretacion, de ante mano mis disculpas.

El proposito es para comunicarle respecto a Boris Chinchilla, un muchacho deportista, inteligente muy atrevido, que es por lo cual esta pasando por esa experiencia tan dura, no solamente el, su mama, su esposa (que se encuentra esperando baby) su abuelita y hermanos, pero el no penso que ellos iban a sufrir, mucho sufrimiento, principalmente la madre que ha estado hospitalizada de hemergencia por la misma situación, Boris ha merecido lo que esta pasando, quisieramos que asta alli fuera, el nunca ha estado en esas circunstancias, es algo demasiado fuerte y duro por eso le suplicamos que tenga clemencia, perdonelo le prometemos que todos en la familia lo "ayudaremos" para hacer de el un hombre de buen corazón, no solo para su familia si no tambien para la sociedad, le pedimos a Dios y en el confiamos para lo mejor.

Me despido con todo el respeto que se merece.

Atentamente  Edin J. Mendoza

Honorable Judge Manning,                                    May 05, 08

It's my gratitude & pleasure for me to express my feelings toward you. Ms. Manning I ask for your Honor & the united states to forgive me. I want your Honor to know that I feel regretful, also, I've reflected and comprehended that at these stage in life; us human beings make the wrong choices and apparently I was the factor. I understand that I violated the laws; without knowledge; but also I think that the time that I've done seems to others short but to me it was and eternity. It has been the sufficient time for me to learn a good lecture. From my behalf I'm thankful with God and this country, because I learned a lot of good deeds. I'm also glad and thankful that this country allows us a lot of opportunity, but I've disrespeted with what I did. I'm very sorry.

    I pray to God and ask your Honor to forgive me and have mercy upon me; Now that my family is waiting for me anxiosly, but most of all my mom, wife and kids. Unfurtunatly this year for mothers day I'm not going to spend it with my wife and my mom, It hurst me not being there. I undestand that I'm a nobody to ask, but I ask God and your Honor to give me another opportunity. Like you knows your Honor my wife is pregnant and one of my wishes is to be there for my wife because it is something special for both of us. Ms. Manning for my future and my happiness are in your hands. I've prayed to God that everything goes well, and I have faith that soon I will be with my love ones. I thank you a lot for your attention and hope that God fulfills you with blessing to you and your family.

Att. Boris Chinchilla