# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>DOMINGO-CASTRO, et al.   ) | No. 08 CR 063<br><br>Judge Blanche M. Manning |

## NOTICE OF FILIING AND CERTIFICATE OF SERVICE

TO:   J. Gregory Deis                                             Rebecca L. Fowlie
        Assistant United States Attorney              U.S. Probation Officer
        219 S. Dearborn, 5th Floor                         55 E. Monroe Street, Suite 1500
        Chicago, IL 60604                                      Chicago, IL 60603

On June 5, 2008, I electronically filed Defendant Boris Chinchilla-Linares's Sentencing Submission.

_____s/Keith J. Scherer_____
Attorney for Defendant, Boris Chinchilla

## CERTIFICATE OF SERVICE

Please take notice that on June 5, 2008, I filed Boris Chinchilla-Linares's Sentencing Submission in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

_____s/Keith J. Scherer_____
Attorney for Defendant, Boris Chinchilla

Keith J. Scherer
Law Office of Keith J. Scherer, PC
6585 N. Avondale Ave., Suite D
Chicago, IL 60631
(773)774-6741