**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **No. 08 CR 063** |
| v. ) | |
| ) | **Judge Blanche M. Manning** |
| **DOMINGO-CASTRO, et al.** ) | |

**NOTICE OF FILIING AND CERTIFICATE OF SERVICE**

TO:  J. Gregory Deis                     Rebecca L. Fowlie
     Assistant United States Attorney    U.S. Probation Officer
     219 S. Dearborn, 5th Floor          55 E. Monroe Street, Suite 1500
     Chicago, IL 60604                   Chicago, IL 60603

On June 5, 2008, I electronically filed Defendant Boris Chinchilla-Linares's Addendum to Sentencing Memorandum.

_____s/Keith J. Scherer_____
Attorney for Defendant, Boris Chinchilla

**CERTIFICATE OF SERVICE**

Please take notice that on June 5, 2008, I filed Boris Chinchilla-Linares's Addendum to Sentencing Submission in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

_____s/Keith J. Scherer_____
Attorney for Defendant, Boris Chinchilla

Keith J. Scherer
Law Office of Keith J. Scherer, PC
6585 N. Avondale Ave., Suite D
Chicago, IL 60631
(773)774-6741