Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 63 - 2 | **DATE** | 6/10/2008 |
| **CASE TITLE** | USA vs. Boris Chinchilla-Linares | | |

**DOCKET ENTRY TEXT**

Motion of the United States for entry of preliminary order of forfeiture [71] is granted. Enter Preliminary Order of Forfeiture

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | rs |
|---|---|---|---|