## Department of Homeland Security
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08 CR 63 |
|---|---|
| DEFENDANT JOSE DOMINGO-CASTRO and BORIS CHINCHILLA-LINARES | TYPE OF PROCESS   PUBLICATION/ PRELIMINARY ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>FUNDS IN THE AMOUNT OF $1,200 c/o Department of Homeland Security, Bureau of Customs and Border Protection, Fines, Penalties, and Forfeitures Unit |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>610 SOUTH CANAL STREET, CHICAGO, ILLINOIS 60607 |

| Send NOTICE OF SERVICE copy to Requester:<br>PATRICK J. FITZGERALD, UNITED STATES ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>219 SOUTH DEARBORN STREET, 5TH FLOOR,<br>CHICAGO, ILLINOIS 60604<br>ATTN: GREG J. DEIS, AUSA | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**PERSONAL SERVICE IS REQUIRED.**

| Signature of Attorney or other Originator requesting service on behalf of<br>MARSHA McCLELLAN, AUSA | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(312)353-5300 | Date<br>6/20/08 |
|---|---|---|---|

| SIGNATURE OF PERSON ACCEPTING PROCESS: | Date |
|---|---|

### SPACE BELOW FOR USE OF HOMELAND SECURITY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [✓] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [ ] AM<br>[✓] PM |
| | Signature, Title and Agency | | |

REMARKS:

Prepared by M. Watson

TD F 90-22.48 (6/96)