# Department of Homeland Security
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08 CR 63-1 |
|---|---|
| DEFENDANT JOSE DOMINGO-CASTRO | TYPE OF PROCESS   PUBLICATION/ PRELIMINARY ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>**PATRICK EAMON BOYLE, ESQ., Attorney for JOSE DOMINGO-CASTRO** |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>155 North Michigan Avenue, Suite 562, Chicago, Illinois 60601 |

| Send NOTICE OF SERVICE copy to Requester:<br>**PATRICK J. FITZGERALD, UNITED STATES ATTORNEY**<br>**OFFICE OF THE UNITED STATES ATTORNEY**<br>**219 SOUTH DEARBORN STREET, 5TH FLOOR,**<br>**CHICAGO, ILLINOIS 60604**<br>**ATTN: GREG J. DEIS, AUSA** | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**PLEASE SERVE VIA CERTIFIED MAIL.**

| Signature of Attorney or other Originator requesting service on behalf of<br>MARSHA McCLELLAN, AUSA   *[signature]*   [X] Plaintiff   [ ] Defendant | Telephone No.<br>(312)353-5300 | Date<br>6/20/08 |
|---|---|---|

| SIGNATURE OF PERSON ACCEPTING PROCESS: *[signature]* | | Date |
|---|---|---|

### SPACE BELOW FOR USE OF HOMELAND SECURITY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [X] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [✓] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>Jul 09 2008 | Time of Service | [ ] AM<br>[✓] PM |
| | Signature, Title and Agency *[signature]* Greg Nordwell, Paralegal/CBP | | |

REMARKS:  Sent certified mail return receipt requested.

Prepared by M. Watson

TD F 90-22.48 (6/96)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Patrick Eamon Boyle, Esq.
atty for Jose Domingo-Castro
155 N. Michigan Ave., Suite 562
Chicago, IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery
Heidi Brandis                          7-1-08

C. Signature
X Heidi Brandis   ☒ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7006 2760 0001 2324 4086

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

# Department of Homeland Security
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08 CR 63-2 |
|---|---|
| DEFENDANT BORIS CHINCHILLA-LINARES | TYPE OF PROCESS  PUBLICATION/ PRELIMINARY ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>KEITH J. SCHERER., Attorney for BORIS CHINCHILLA-LINARES |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>6585 North Avondale Avenue, Suite #D, Chicago, Illinois 60631 |

| Send NOTICE OF SERVICE copy to Requester:<br>PATRICK J. FITZGERALD, UNITED STATES ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>219 SOUTH DEARBORN STREET, 5TH FLOOR,<br>CHICAGO, ILLINOIS 60604<br>ATTN: GREG J. DEIS, AUSA | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**PLEASE SERVE VIA CERTIFIED MAIL.**

| Signature of Attorney or other Originator requesting service on behalf of  [X] Plaintiff<br>MARSHA McCLELLAN, AUSA        [ ] Defendant | Telephone No.<br>(312)353-5300 | Date 6/20/08 |
|---|---|---|

| SIGNATURE OF PERSON ACCEPTING PROCESS: *Robert W. Harris* | Date DEC 09 2008 |
|---|---|

### SPACE BELOW FOR USE OF HOMELAND SECURITY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service  [ ] AM  [X] PM |
|---|---|---|
| | | Signature, Title and Agency *Gregory Kendall, Paralegal/CBP* |

REMARKS: *Mailed certified mail, return receipt requested.*

Prepared by M. Watson

TD F 90-22.48 (6/96)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Keith J. Scheren
attorney for Boris Chartilla-Ivanov
6585 N. Avondale Ave., Ste 001
Chicago, IL 60631

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Michael Stag
B. Date of Delivery: 7/17/08
C. Signature: X ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7006 2760 0001 2324 4093

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952