UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 63-2 |
| | ) | Judge Blanche M. Manning |
| | ) | |
| BORIS CHINCHILLA-LINARES | ) | |

## NOTICE OF MOTION

To:   All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, September 16, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Blanche M. Manning in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

**Motion of the United States
for Entry of a Final Order of Forfeiture**

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/J. Gregory Deis
        J. GREGORY DEIS
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-5300

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**NOTICE OF MOTION**

was served on September 10, 2008, in accordance with Fed. R. Crim. P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

 s/J. Gregory Deis
J. GREGORY DEIS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300